

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
11 SEP 13 PM 1: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Calvin Roebuck #149630

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

ARAMARK/Shelby County Jail, Mayor A.C. Wharton, Shirley Hayslett/Dir Sherriff William Oldham, Cheif Robert Joyce Wilson/Sup moore

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A.  Have you begun other lawsuits in state or federal court dealing with the same facts
        involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using
        the same outline.)

        1.  Parties to this previous lawsuit
            Plaintiffs: _____N/A_____

            Defendants: _____N/A_____

        2.  Court (if federal court, name the district; if state court, name the county):
            _____

        3.  Docket Number: _____

        4.  Name of judge to whom case was assigned:_____
        5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
            pending?)
            _____

        6.  Approximate date of filing lawsuit:_____

        7.  Approximate date of disposition:_____

Revised 4/18/08

Shelby County Corrections Station Rd. Correctional Center Memphis, TN 38134

II. Place of Present Confinement: ~~[redacted]~~

A. Is there a prisoner grievance procedure in the institution?
   Yes [X] No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ) No [X]

C. If your answer is Yes:
   1. What steps did you take? _____
   _____
   2. What was the result? _____
   _____

D. If your answer is No, explain why not: Because I'm suing the company in the institution which is ARAMARK. The Burn Unit at the Med have all of my medical records.

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff Calvin Roebuck #149630
   Address 1045 Mullins Sta Rd. Memphis TN 38134

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)

B. Defendant ARAMARK is employed as Food Service at 201 Poplar

C. Additional Defendants: Shirley Hayslett/Director, and Joyce Wilson/Supervisor both work for ARAMARK. Shelby County Jail, Mayor A.C. Wharton, Sherriff William Oldham, Chief Robert Moore.

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

On May 30, 2011 I was badly burned by scalding hot coffee in the main kitchen while working as a trustee for ARAMARK, which is a private owned company. I was pushing a cart to the elevator when a hot coffee keg about 5 gals, that was not strapped down flipped over into my work boot, the coffee was at 180 degrees and by the time I got my boot off I was already cooked. I suffered 2nd and 3rd degree burns to my right leg and foot, from my knee down is raw, I was transported by sherrif van to the Burn Unit at the Med. Every since then I have been neglected for the care of my leg and I hurt everyday. This happened at breakfast time while feeding the inmates. I was confined to a wheel chair for a whole month.

Continued Attachment

-2-

Revised 4/18/08

Attachment

1). Plaintiff was seriously injured with 2nd and 3rd degree burns while incarcerated in the Shelby County Jail and working as a trustee for Aramark food services. The injuries sustained to plaintiff were due to Aramark failing to supervise, failure to train, Inadequate equipment also Sherriff contracted away rights to handling and preparing of food, Including Coffee dispensers and Insufficient Containers for transporting Coffee, and since this incident with Shelby County Jail and Aramark food services, the coffee dispensers have been changed to a more proper and safer dispenser. They was changed out on July 13, 2011, my Incident happened May 30, 2011

V.  Relief
    State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Settlement for damages, Pain and Suffering and Disfigurement. Plaintiff is asking for 5 million dollars in monetary damages for personal injury, Punitive damages and nerve damages to right leg/foot also grant litigation cost, grant attorney awards for prevailing parties, grant any other and further relief as the court deems to be just and proper to correct the above cause and style.

VI. Jury Demand
    I would like to have my case tried by a jury. Yes (X) No ( ). If Nessesary

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 13th day of July, 2011.

Calvin Roebuck #149630
Calvin Roebuck #149630

(Signature of Plaintiff/Plaintiffs)

[Notary Seal: BONNIE CEAZER, STATE OF TENNESSEE NOTARY PUBLIC, SHELBY COUNTY]

My Commission Expires July 16, 2014

Bonnie Ceazer
Notary

-3-

RECEIVED

11 SEP 13 PM 1:24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Calvin Roebuck #149630
1045 Mullins Station Rd.
Memphis, TN 38134

U.S District Court
W.D
167 N. Main, Suite 24
Memphis, TN 38103



