# United States District Court
## WESTERN DISTRICT OF TENNESSEE
## Eastern Division

### JUDGMENT IN A CIVIL CASE

CALVIN ROEBUCK,
Plaintiff,

v.                                                                        Cv. No. 2:11-2789-JDT/dkv

ARAMARK, SHIRLEY HAYSLETT, and
JOYCE WILSON
Defendants.

**Decision by Court.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal Without Prejudice entered in the above styled matter on 3/16/12, the case is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

 s/ **James D. Todd**
 JAMES D. TODD
 UNITED STATES DISTRICT JUDGE


**THOMAS M. GOULD**
**CLERK**

**BY: s/Cassandra Ikerd**
**DEPUTY CLERK**